■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DAVILA, Appellant. [26 NYS3d 862]—

Judgment, Supreme Court, Bronx County (Analisa Torres, J., at suppression hearing; Sharon A.H. Aarons, J., at plea and sentence), rendered July 18, 2011, as amended August 2, 2011, convicting defendant of criminal possession of a weapon in the second degree, and sentencing him to a term of 5¹/₂ years, unanimously affirmed.

Defendant made a valid waiver of his right to appeal, which forecloses review of his suppression claim (*People v Lopez*, 6 NY3d 248, 256-257 [2006]). The court's colloquy "was sufficient because the right to appeal was adequately described without lumping it into the panoply of rights normally forfeited upon a guilty plea" (*People v Sanders*, 25 NY3d 337, 341 [2015]). Moreover, defendant signed a written waiver that he had first discussed with counsel. As an alternative holding, we find that the court properly denied defendant's suppression motion. Concur—Mazzarelli, J.P., Manzanet-Daniels, Kapnick and Webber, JJ.